B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| DISTRICT OF *KANSAS* | |

| Name of Debtor (if individual, enter Last, First, Middle): *The Golf Club of Kansas LLC, a Kansas Limited Liability Company* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *43-1947356* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): *18145 West 87 Street Parkway Lenexa, KS* ZIPCODE *66219* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: *Johnson* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *SAME* ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**

(Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***The Golf Club of Kansas LLC,***<br>***a Kansas Limited Liability Company*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |

| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) |

| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____          ***4/26/2013***<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

<table>
<tr><td>

**Voluntary Petition**

*(This page must be completed and filed in every case)*

</td><td>

Name of Debtor(s):
**The Golf Club of Kansas LLC,**
**  a  Kansas Limited Liability Company**

</td></tr>
</table>

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

**Signature of Attorney\***

X **/s/ Erlene W. Krigel**
Signature of Attorney for Debtor(s)

**Erlene W. Krigel KS #70425**
Printed Name of Attorney for Debtor(s)

**Krigel & Krigel, P.C.**
Firm Name

**4550 Belleview**
Address

**Kansas City, MO  64111**

**(816) 756-5800**
Telephone Number

**4/26/2013**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stephen Spinelli**
Signature of Authorized Individual

**Stephen Spinelli**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**4/26/2013**
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re *The Golf Club of Kansas LLC*         Case No.
    *a Kansas Limited Liability Company*        Chapter *11*

_____ ,
                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Corefirst Bank & Trust*<br>*3035 S. Topeka Blvd.*<br>*Topeka KS 66611* | Phone:<br>*CoreFirst Bank & Trust*<br>*c/o R. Patrick Riordan, Esq.*<br>*3500 SW Fairlawn Rd., #210*<br>*Topeka KS 66614* | *Deed of Trust*<br><br>Value:<br>Net Unsecured: | | $ 6,309,545.51<br><br>$ 4,588,950.00<br>$ 1,720,595.51 |
| 2<br>*Stephen Spinelli*<br>*320 NE Wicklow Court*<br>*Lees Summit MO 64086* | Phone: *816-820-2045*<br>*Stephen Spinelli*<br>*320 NE Wicklow Court*<br>*Lees Summit MO 64064* | *Loans* | | $ 678,013.30 |
| 3<br>*Michael Beezley*<br>*9255 Woodland Road*<br>*Lenexa KS 66220* | Phone: *913-488-0819*<br>*Mike Beezley*<br>*9255 Woodland Road*<br>*Lenexa KS 66220* | *Loans* | | $ 434,500.00 |
| 4<br>*James Woods*<br>*1441 E. Highway 316*<br>*Citra FL 32113* | Phone: *352-595-5650*<br>*James Woods*<br>*1441 E. Highway 316*<br>*Citra FL 32113* | *Loans* | | $ 347,061.00 |
| 5<br>*McAnany Construction Inc.*<br>*15320 Midland Drive*<br>*Shawnee KS 66217* | Phone:<br>*McAnany Construction Inc.*<br>*15320 Midland Drive*<br>*Shawnee KS 66217* | *Construction on golf course* | D | $ 344,256.04 |

_____ ,
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Lenexa Land Holdings<br><br>11237 Nall Avenue<br>Leawood KS  66211 | Phone:  913-338-4844<br>Lenexa Land Holdings<br>ATTN: Steve Hughes<br>11237 Nall Avenue<br>Leawood KS  66211 | Course construction/mine maintain | D | $ 273,456.21 |
| 7<br>Johnson County Treasurer<br><br>Suite 1500<br>Olathe KS  66061 | Phone:<br>Johnson County Treasurer<br>111 South Cherry Street<br>Suite 1500<br>Olathe KS  66061 | 2011-2012 Real Estate Taxes | | $ 261,363.15 |
| 8<br>Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS 66611 | Phone:<br>Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS 66611 | Lien on Assets<br><br>               *Value:<br>     Net Unsecured:<br>    *Prior Liens Exist | | $ 247,737.40<br><br>$ 4,581,950.00<br>$ 247,737.40 |
| 9<br>Topeka Sod Farm<br><br>913 SE 29th Street<br>Topeka KS  66605 | Phone:<br>JJ&J<br>c/o Rick Farrant<br>913 SE 29th Street<br>Topeka KS  66605 | Sod | | $ 186,941.16 |
| 10<br>Vernon Wayne Edwards<br>25711 E. 99th<br>Lees Summit MO 64086 | Phone: 816-210-6790<br>Wayne Edwards<br>25711 E. 99th Street<br>Lees Summit MO 64086 | Loans | | $ 166,164.80 |
| 11<br>Valley Bank<br><br>PO Box 405<br>Eldridge IA  52748 | Phone:<br>Valley Bank<br>500 E. LeClaire Road<br>PO Box 405<br>Eldridge IA  52748 | Line of credit | | $ 139,498.74 |
| 12<br>Valley Bank<br><br>PO Box 405<br>Eldridge IA  52748 | Phone:<br>Valley Bank<br>500 E. LeClaire Road<br>PO Box 405<br>Eldridge IA  52748 | Line of credit | | $ 103,000.00 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>MTI Distributing<br><br>PO Box 953467<br>Saint Louis MO  63195-3467 | Phone:<br>MTI Distributing<br>ATTN: David<br>PO Box 953467<br>Saint Louis MO  63195-3467 | irrigation | | $ 90,000.00 |
| 14<br>Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | Phone:<br>Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | Line of credit loan | | $ 87,475.00 |
| 15<br>Schlagel & Associates PA<br>14920 West 107 Street<br>Lenexa KS 66219 | Phone:<br>Schlagel & Associates PA<br>14920 West 107 Street<br>Lenexa KS 66219 | Loan | | $ 83,646.90 |
| 16<br>Richard Trejo<br>PO Box 493<br>Ulysses KS 67880-0493 | Phone: 620-356-4775<br>Rick Trejo<br>PO Box 493<br>Ulysses KS 67880-0493 | Loans | | $ 50,083.95 |
| 17<br>Carl Rainey<br>85/87 Todor Alexandrov Blvd<br>Sofia BULGARIA 1305 | Phone: 359-885-899627<br>Carl Rainey<br>11020 South Cottage lane<br>Olathe KS 66061 | Loans | | $ 50,083.95 |
| 18<br>EZ Cart Lease<br>1451 Marvin Grffin Road<br>Augusta GA 30906 | Phone:<br>PNC Equipment Finance LLC<br>PO Box 3547<br>Bellevue WA 98009 | Lease of Golf carts | | $ 252,096.48<br>Value: $ 224,000.00<br>Net Unsecured: $ 28,096.48 |
| 19<br>Nelson Randal Herman<br>25040 177 Terrace<br>Leavenworth KS 66048 | Phone: 913-547-2887<br>Randy Herman<br>25040 177th Terracw<br>Leavenworth KS 66048 | Loans | | $ 20,000.00 |
| 20<br>Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | Phone:<br>Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | Credit Card | | $ 11,811.87 |

**B4 (Official Form 4) (12/07)**

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Stephen Spinelli* _____, *Managing Member* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *4/26/2013* _____      Signature */s/ Stephen Spinelli* _____

                                     Name: *Stephen Spinelli*

                                     Title: *Managing Member*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re: *The Golf Club of Kansas LLC,*
   *a  Kansas Limited Liability Company*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2013: $200,809.95* | *Gross sales* |
| *2012: $1,193,333* | *Gross sales* |
| *2011: $1,864,106* | *Gross sales* |

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

## 3. Payments to creditors

☒ None    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ None    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Kansas Dept of Revenue as result of sales tax audit* | *April, 2013* | *$4400* | *$0* |
| *Creditor:City of Lenexa (water)* | *April, 2013* | *$7200* | *$0* |

☒ None    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

☐ None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *CoreFirst Bank & Trust v. The Golf Club of Kansas LLC et al. Case No. 12CV 09660* | *Foreclosure/collection* | *Johnson County District Court* | *pending* |

☒ None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

**None**
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

**None**
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

**None**
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

**None**
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Erlene W. Krigel* *Address:* *4550 Belleview* *Kansas City, MO 64111* | *Date of Payment: 2013* *Payor: The Golf Club of Kansas LLC* | *$23,000 paid.* *$9,330.85 used for defense of litigation and preparation of bankruptcy documents.* *Balance of $13,669.15 on hand.* |
| *Payee: Victoria Westerhaus* *Stinson Morrison Hecker* | *Date of Payment: 2013* *Payor: The Golf Club of Kansas LLC* | *$1,700* |

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: CoreFirst Bank & Trust* | *Account Type and No.: Checking accounts for waer fund and summer camps Final Balances: $0* | *8/2012 10/2012* |

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Creditor:CoreFirst Bank & Trust* | *2013* | *$250,000* |
| *Seized Certificates of Deposit pledged and owned by Stephen Spinelli $40,000; James Stewart $10,000; James Woods $100,000; Carl Rainey $50,000 and Rick Trejo $50,000* | | |

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.

☒

**15. Prior address of debtor**

None    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☒      period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
☒      New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of
        the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None    For the purpose of this question, the following definitions apply:
☒
        "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
        wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
        cleanup of these substances, wastes, or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
        debtor,
        including, but not limited to disposal sites.

        "Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or
        similar termunder an Environmental Law:

        a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable
        under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒      governmental unit to which the notice was sent and the date of the notice.

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a
☒      party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☐      businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
        self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
        which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
        all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the
        commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *The Golf Club of Kansas LLC a  Kansas Limited Liability Company* | *TaxPayer ID: 43-1947356* | *18145 West 87 Street Parkway Lenexa KS, 66219* | *Golf club* | *2001- present* |

None
☒
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                                    DATES SERVICES RENDERED

*Name: Stephen Spinelli, Denise Edwards, Thomas Kelly and Thomas Thornhill*                                    *Dates: on-going*

None
☒
b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *CoreFirst Bank & Trust* | | *Dates: within 2 years* |
| *Valley Bank* | | *Dates: within 2 years* |

---

### 20. Inventories

None ☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|
| *Last: Dec 2012* | *Supervisor: Stephen Spinelli* | *Value: $8,500* *Basis: cost* |

---

None ☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| *Last: Dec., 2012* | *Custodian: Stephen Spinelli* |

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| *See attached* | | |

---

### 22. Former partners, officers, directors and shareholders

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None

☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   *4/26/2013*

Signature   */s/ Stephen Spinelli*

*Stephen Spinelli*                    *Managing Member*
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

In re *The Golf Club of Kansas LLC*               ,          Case No._____
                      Debtor(s)                                                  (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Golf Course and Improvements* | *Fee Simple* | | $4,000,000.00 | $4,000,000.00 |
| No continuation sheets attached | | **TOTAL $**<br>(Report also on Summary of Schedules.) | *4,000,000.00* | |

In re _The Golf Club of Kansas LLC_                                      ,        Case No. _____
_____                            (if known)
        Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash_<br>_Location: In debtor's possession_ | | $500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account Bank of America_<br>_Location: Bank of America_ | | $90,000.00 |
| | | _Checking Account Corefirst Bank & Trust_<br>_Location: Corefirst Bank & Trust_ | | $13,300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | _Liquor Tax Bond (insurance bond)_<br>_Location: State of Kansas_ | | $1,000.00 |
| | | _Sales Tax Bond (KS_<br>_Location: State of Kansas_ | | $100.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | _X_ | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | _X_ | | | |
| 6.  Wearing apparel. | _X_ | | | |
| 7.  Furs and jewelry. | _X_ | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | _X_ | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | _X_ | | | |
| 10. Annuities. Itemize and name each issuer. | _X_ | | | |

Page  1  of  4

In re _The Golf Club of Kansas LLC_ _____ ,   Case No. _____

                    Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | _Partnership with Lenexa Land Holdings Co. (50% partner) in rights to develop mines under golf course_  _Location: In debtor's possession_ | | _Unknown_ |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Insurance Claim for damage to batting cages and netting/fencing._  _$1,000 deductible_  _Location: In debtor's possession_ | | $21,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re _The Golf Club of Kansas LLC_____ ,     Case No. _____
               Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 Toyota Truck, single cab, 4WD, 100,000 miles_<br>_Location: In debtor's possession_ | | $7,000.00 |
| | | _2005 Flatbed Trailer_<br>_Location: In debtor's possession_ | | $800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Office furniture, computers, printers_<br>_Location: In debtor's possession_ | | $500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _8 pitching/batting cages, fencing, netting, computer system_<br>_insurance claim pending_<br>_Location: In debtor's possession_ | | $4,000.00 |
| | | _Cage Vehicle, Ball Washer_<br>_Location: In debtor's possession_ | | $6,500.00 |
| | | _Clubs (5 sets) for rental_<br>_Location: In debtor's possession_ | | $250.00 |
| | | _Display cases, freezer, refrigerator, tables, chairs_<br>_Location: In debtor's possession_ | | $3,500.00 |
| | | _Gas, Diesel Fuel_<br>_Location: In debtor's possession_ | | $600.00 |
| | | _Golf Carts_<br>_Location: In debtor's possession_ | | $224,000.00 |

Page ___3___ of ___4___

In re _The Golf Club of Kansas LLC_ _____ ,    Case No. _____

Debtor(s)                                                                 (if known)

# SCHEDULE B—PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | John Deere Tractor 4520<br>Location: In debtor's possession | | $18,000.00 |
| | | Mowing Equipment: 2 Stihl FS90 R Weedeater; 3 Shindawa 242 Weedeater; Allen 421 Mower; Allen 418 Mower; Stihl HT131 Pole Saw; Lesco Revovator; Landpride Mower; Buffalo Turbine CKB3 Mower; Tycrop PP180 Mower; Ryan Aerator; Honda ARR2163TDA Mower; Hona HRX2172HXA Mower; Kawasaki KRB650B Mower; 5 Toro Mowers; 6 John Deere Mowers (purchase prices)<br>Location: In debtor's possession | | $470,650.00 |
| 30. Inventory. | | Inventory: Balls, Tees, Food, Beverages, Tobacco<br>(at cost)<br>Location: In debtor's possession | | $6,500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.<br>Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

**Total** ➔    $868,200.00

(Report total also on Summary of Schedules.)

Include amounts from any continuation sheets attached.

In re _The Golf Club of Kansas LLC_ ,                    Case No._____

                    **Debtor(s)**                                               *(if known)*

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0554*  *Creditor # : 1*  Corefirst Bank & Trust 3035 S. Topeka Blvd. Topeka KS 66611 | X | J *2009*  *Lien on Assets*  *Golf Course and Improvements, Display cases, freezer, refrigerator, tables, chairs,*  Value: $ *4,581,950.00* | | | | $ *247,737.40* | $ *247,737.40* |
| Account No: *0555*  *Creditor # : 2*  Corefirst Bank & Trust 3035 S. Topeka Blvd. Topeka KS 66611 | X | J *1/15/2009*  *Deed of Trust*  *Golf Course and Improvements, 8 pitching/batting cages, fencing, netting, computer*  Value: $ *4,588,950.00* | | | | $ *6,309,545.51* | $ *1,720,595.51* |

_1_   continuation sheets attached

|  | Subtotal $ (Total of this page) | $ *6,557,282.91* | $ *1,968,332.91* |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re _The Golf Club of Kansas LLC_ , Case No. _____

Debtor(s)                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|---|
| | | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | | |
| Account No. 0555<br><br>*Representing:*<br>*Corefirst Bank & Trust* | | R. Patrick Riordan, Esq.<br>Gay Riordan Fincher et al.<br>3500 SW Fairlawn Rd., #210<br>Topeka KS 66614<br><br>Value: | | | | | | | |
| Account No. 7880<br><br>*Creditor # : 3*<br>*EZ Cart Lease*<br>*1451 Marvin Grffin Road*<br>*Augusta GA 30906* | | *Lease of Golf carts*<br><br>*Golf Carts*<br><br>Value: $ 224,000.00 | | | | | | $ 252,096.48 | $ 28,096.48 |
| Account No. 7880<br><br>*Representing:*<br>*EZ Cart Lease* | | *PNC Equipment Finance LLC*<br>*PO Box 3547*<br>*Bellevue WA 98009*<br><br>Value: | | | | | | | |
| Account No. 6005<br><br>*Creditor # : 4*<br>*John Deere Credit*<br>*6400 NW 86th Street*<br>*PO Box 6600*<br>*Johnston IA 50131-6600* | | *Lease*<br><br>*John Deere Tractor*<br><br>Value: $ 18,000.00 | | | | | | $ 10,616.00 | $ 0.00 |
| Account No.<br><br><br><br> | | Value: | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 262,712.48 | $ 28,096.48 |
| Total $<br>(Use only on last page) | $ 6,819,995.39 | $ 1,996,429.39 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _The Golf Club of Kansas LLC_ _____,          Case No._____
                         **Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

In re The Golf Club of Kansas LLC                                    ,          Case No._____
_____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | | |
| Creditor # : 1 *Johnson County Treasurer 111 South Cherry Street Suite 1500 Olathe KS 66061* | | *2011-2012 2011-2012 Real Estate Taxes* | | | | | $261,363.15 | $261,363.15 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Subtotal $** (Total of this page) | | | 261,363.15 | 261,363.15 | 0.00 |
| | | | | **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | 261,363.15 | | |
| | | | | **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | | 261,363.15 | 0.00 |

In re _The Golf Club of Kansas LLC_____ ,       Case No._____
        **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _3720_<br><br>Creditor # : 1<br>American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998-1535 | X | J | Credit Card | | | | $ 1,999.54 |
| Account No: _6257_<br><br>Creditor # : 2<br>Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | X | J | Credit Card | | | | $ 6,732.91 |
| Account No: _____<br><br>Creditor # : 3<br>Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | | | 2010<br>Line of credit loan | | | | $ 87,475.00 |
| _4_ continuation sheets attached | | | | | Subtotal $ | | $ 96,207.45 |
| | | | | | Total $ | | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _The Golf Club of Kansas LLC_____,   Case No._____

           **Debtor(s)**                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | X | J | | | | | $ 11,811.87 |
| *Creditor # : 4 Bank of America PO Box 982235 El Paso TX 79998-2235* | | | *Credit Card* | | | | |
| **Account No:** | | | | | | | $ 50,083.95 |
| *Creditor # : 5 Carl Rainey 85/87 Todor Alexandrov Blvd Sofia BULGARIA 1305* | | | *Loans* | | | | |
| **Account No:** | | | *2010* | | | | $ 4,576.00 |
| *Creditor # : 6 Dickerson Law Group 1580 Mahaffie Circle Olathe KS 66062* | | | *Legal Fees* | | | | |
| **Account No:** | | | *2012* | | | | $ 1,909.66 |
| *Creditor # : 7 Ice Masters 6218 Melrose Shawnee KS 66203* | | | *Lease of Ice machines* | | | | |
| **Account No:** | | | | | | | $ 10,023.51 |
| *Creditor # : 8 James Stewart 26353 West 111 Terrace Olathe KS 66061* | | | *Loans* | | | | |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**      $ 78,404.99

                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _The Golf Club of Kansas LLC_____ ,        Case No._____
                **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 347,061.00 |
| Creditor # : 9 James Woods 1441 E. Highway 316 Citra FL 32113 | | | Loans | | | | |
| **Account No:** | | | | | | | $ 10,000.00 |
| Creditor # : 10 Leland Hircock 7323 McCoy Street Lenexa KS 66227 | | | Loans | | | | |
| **Account No:** | | | | | | X | $ 273,456.21 |
| Creditor # : 11 Lenexa Land Holdings ATTN: Steve Hughes 11237 Nall Avenue Leawood KS 66211 | | | Course construction/mine maintain | | | | |
| **Account No:** | X | J | | | | X | $ 344,256.04 |
| Creditor # : 12 McAnany Construction Inc. 15320 Midland Drive Shawnee KS 66217 | | | Construction on golf course | | | | |
| **Account No:** | | | | | | | $ 434,500.00 |
| Creditor # : 13 Michael Beezley 9255 Woodland Road Lenexa KS 66220 | | | Loans | | | | |

Sheet No. _2_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     **Subtotal $**  | $ 1,409,273.25
                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _The Golf Club of Kansas LLC_ ,        Case No._____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 14* MTI Distributing ATTN: David PO Box 953467 Saint Louis MO 63195-3467 | | *2010 irrigation* | | | | $ 90,000.00 |
| Account No: *Creditor # : 15* Nelson Randal Herman 25040 177 Terrace Leavenworth KS 66048 | | Loans | | | | $ 20,000.00 |
| Account No: *Creditor # : 16* Richard Trejo PO Box 493 Ulysses KS 67880-0493 | | Loans | | | | $ 50,083.95 |
| Account No: *Creditor # : 17* Schlagel & Associates PA 14920 West 107 Street Lenexa KS 66219 | | Loan | | | | $ 83,646.90 |
| Account No: *Creditor # : 18* Stephen Spinelli 320 NE Wicklow Court Lees Summit MO 64086 | | Loans *This includes CD that was pledged to CoreFirst Bank* | | | | $ 678,013.30 |

Sheet No. __3__ of __4__ continuation sheets attached to Schedule of          **Subtotal $** | $ 921,744.15
Creditors Holding Unsecured Nonpriority Claims

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _The Golf Club of Kansas LLC_ ,     Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 186,941.16 |
| Creditor # : 19 Topeka Sod Farm ATTN: Rick Farrant 913 SE 29th Street Topeka KS 66605 | | | Sod | | | | |
| Account No:   5308 | X | J | 2009 Line of credit | | | | $ 139,498.74 |
| Creditor # : 20 Valley Bank 500 E. LeClaire Road PO Box 405 Eldridge IA 52748 | | | | | | | |
| Account No:   1533 | X | | 8/15/12 Line of credit | | | | $ 103,000.00 |
| Creditor # : 21 Valley Bank 500 E. LeClaire Road PO Box 405 Eldridge IA 52748 | | | | | | | |
| Account No: | | | Loans | | | | $ 166,164.80 |
| Creditor # : 22 Vernon Wayne Edwards 25711 E. 99th Lees Summit MO 64086 | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  **4**  of  **4**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 595,604.70 |
| Total $ | $ 3,101,234.54 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *The Golf Club of Kansas LLC* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *EZ-PNC Equipment* | Contract Type: *Leasing of golf carts* <br> Terms: *Monthly payments* <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |
| *First Data* | Contract Type: *Credit Card machine* <br> Terms: *Percentage paid to First Data* <br> Beginning date: <br> Debtor's Interest: <br> Description: *Credit Card machine* <br><br> Buyout Option: *none* |
| *Ice Masters* | Contract Type: *Lease of two ice machines* <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |

In re __The Golf Club of Kansas LLC__ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| GCK Management Inc. | McAnany Construction Inc.<br>15320 Midland Drive<br>Shawnee KS  66217 |
| James E. Woods | Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS  66611 |
| | Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS  66611 |
| | Valley Bank<br>500 E. LeClaire Road<br>PO Box 405<br>Eldridge IA  52748 |
| | Valley Bank<br>500 E. LeClaire Road<br>PO Box 405<br>Eldridge IA  52748 |
| Stephen M. Spinelli | Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS  66611 |
| | Corefirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka KS  66611 |
| Thomas M. Kelly<br>155 E. Broad Street #201<br>Spartanburg SC  29306-0000 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX  79998-1535 |
| | Bank of America<br>PO Box 982235<br>El Paso TX  79998-2235 |

In re _The Golf Club of Kansas LLC_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Thomas M. Kelly...continued* | *Corefirst Bank & Trust*<br>*3035 S. Topeka Blvd.*<br>*Topeka KS  66611*<br><br>*Corefirst Bank & Trust*<br>*3035 S. Topeka Blvd.*<br>*Topeka KS  66611*<br><br>*Valley Bank*<br>*500 E. LeClaire Road*<br>*PO Box 405*<br>*Eldridge IA  52748* |
| *Trevor Leeper*<br>*23604 West 126 Terrace*<br>*Olathe KS  66061* | *Bank of America*<br>*PO Box 982235*<br>*El Paso TX  79998-2235* |
| *V. Wayne Edwards* | *Corefirst Bank & Trust*<br>*3035 S. Topeka Blvd.*<br>*Topeka KS  66611*<br><br>*Corefirst Bank & Trust*<br>*3035 S. Topeka Blvd.*<br>*Topeka KS  66611* |

Page __2__ of __2__

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re *The Golf Club of Kansas LLC,*
       *a  Kansas Limited Liability Company*

Case No.

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    *4,000,000.00* | | |
| B-Personal Property | *Yes* | *4* | $      *868,200.00* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    *6,819,995.39* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      *261,363.15* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *5* | | $    *3,101,234.54* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $        *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $        *0.00* |
| TOTAL | | *17* | $    *4,868,200.00* | $   *10,182,593.08* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re  *The Golf Club of Kansas LLC,*
       *a  Kansas Limited Liability Company*

Case No.

Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *The Golf Club of Kansas LLC,*
   *a Kansas Limited Liability Company* _____      Case No. _____
                           Debtor                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Stephen Spinelli* _____, *Managing Member* _____ of the *Corporation* _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    *18*   sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: *4/26/2013* _____             Signature  */s/ Stephen Spinelli* _____
                                         Name: *Stephen Spinelli*
                                         Title: *Managing Member*

                [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re  *The Golf Club of Kansas LLC, a  Kansas Limited Liability Company*                Case No.
                                                                                         Chapter *11*

_____ / Debtor

Attorney for Debtor:  *Erlene W. Krigel*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*hourly*_____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*20,000.00*_____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*_____

3.  $ _____*1,213.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:  *4/26/2013*                          Respectfully submitted,

                                   X */s/ Erlene W. Krigel*_____
               Attorney for Petitioner: *Erlene W. Krigel*
                                        *Krigel & Krigel, P.C.*
                                        *4550 Belleview*
                                        *Kansas City MO  64111*

                                        *(816) 756-5800*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re *The Golf Club of Kansas LLC,*
  *a Kansas Limited Liability Company*

Case No.

Chapter *11*

_____ / Debtor

Attorney for Debtor: **Erlene W. Krigel**

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*3*___ pages, is true, correct and complete to the best of my knowledge.

Date: __*4/26/2013*__

**/s/ Stephen Spinelli**_____
Debtor

**/s/ Erlene W. Krigel**_____
**Erlene W. Krigel**
**Attorney for the debtor(s)**
**4550 Belleview**
**Kansas City, MO  64111**

American Express
Customer Service
PO Box 981535
El Paso, TX  79998-1535

Bank of America
PO Box 982235
El Paso, TX  79998-2235

Bank of America
PO Box 15026
Wilmington, DE  19850-5026

Carl Rainey
85/87 Todor Alexandrov Blvd
Sofia, BULGARIA  1305

Carl Rainey
11020 South Cottage lane
Olathe, KS  66061

CoreFirst Bank & Trust
c/o R. Patrick Riordan, Esq.
3500 SW Fairlawn Rd., #210
Topeka, KS  66614

Corefirst Bank & Trust
3035 S. Topeka Blvd.
Topeka, KS  66611

Dickerson Law Group
1580 Mahaffie Circle
Olathe, KS  66062

EZ Cart Lease
1451 Marvin Grffin Road
Augusta, GA  30906

Ice Masters
6218 Melrose
Shawnee, KS  66203

James Stewart
26353 West 111 Terrace
Olathe, KS  66061

James Woods
1441 E. Highway 316
Citra, FL  32113

JJ&J
c/o Rick Farrant
913 SE 29th Street
Topeka, KS  66605

John Deere Credit
6400 NW 86th Street
PO Box 6600
Johnston, IA   50131-6600

Johnson County Treasurer
111 South Cherry Street
Suite 1500
Olathe, KS   66061

Leland Hircock
7323 McCoy Street
Lenexa, KS   66227

Lenexa Land Holdings
ATTN: Steve Hughes
11237 Nall Avenue
Leawood, KS   66211

McAnany Construction Inc.
15320 Midland Drive
Shawnee, KS   66217

Michael Beezley
9255 Woodland Road
Lenexa, KS   66220

Mike Beezley
9255 Woodland Road
Lenexa, KS   66220

MTI Distributing
ATTN: David
PO Box 953467
Saint Louis, MO   63195-3467

Nelson Randal Herman
25040 177 Terrace
Leavenworth, KS   66048

PNC Equipment Finance LLC
PO Box 3547
Bellevue, WA   98009

R. Patrick Riordan, Esq.
Gay Riordan Fincher et al.
3500 SW Fairlawn Rd., #210
Topeka, KS   66614

Randy Herman
25040 177th Terracw
Leavenworth, KS   66048

Richard Trejo
PO Box 493
Ulysses, KS   67880-0493

Rick Trejo
PO Box 493
Ulysses, KS  67880-0493

Schlagel & Associates PA
14920 West 107 Street
Lenexa, KS  66219

Stephen Spinelli
320 NE Wicklow Court
Lees Summit, MO  64086

Stephen Spinelli
320 NE Wicklow Court
Lees Summit, MO  64064

Thomas M. Kelly
155 E. Broad Street #201
Spartanburg, SC  29306-0000

Topeka Sod Farm
ATTN: Rick Farrant
913 SE 29th Street
Topeka, KS  66605

Trevor Leeper
23604 West 126 Terrace
Olathe, KS  66061

Valley Bank
500 E. LeClaire Road
PO Box 405
Eldridge, IA  52748

Vernon Wayne Edwards
25711 E. 99th
Lees Summit, MO  64086

Wayne Edwards
25711 E. 99th Street
Lees Summit, MO  64086