**SO ORDERED.**

**SIGNED this 1st day of May, 2013.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

___

Not Designated for Publication
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re:** | |
| **The Golf Club of Kansas LLC,** | **CASE NO. 13-21032** |
| | **CHAPTER 11** |
| **DEBTOR.** | |

### ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE, AND DIRECTING COUNSEL TO GIVE NOTICE OF THE CONFERENCE

On <u>July 23, 2013</u>, at 1:30pm , the Court will conduct a preliminary status conference in this case in Room 144, United States Courthouse, 500 State Avenue, Kansas City, Kansas 66101, at which time the Debtor and Debtor's counsel are hereby directed to appear.

The principal purpose of the status conference is to assist the Court in managing its docket and the case. Parties other than the Debtor and (his, her, its) counsel will be allowed to speak briefly about concerns or problems they anticipate may arise in the case, but they will not be allowed to request relief or seek orders on pending motions and proceedings that will be otherwise scheduled.

Seven calendar days before the status conference, the Debtor will file with the Court a status report containing the following information:

1. The date the case was filed and the date Debtor's counsel applied for appointment to represent the Debtor.

2. The Debtor's proposed deadline for filing claims.

3. The Debtor's proposed deadline for filing objections to claims.

4. The Debtor's proposed deadline for filing a spreadsheet report of allowed and disputed claims by class.

5. The Debtor's proposed deadline for filing any avoidance actions.

6. The Debtor's proposed deadline for filing a disclosure statement and plan of reorganization.

7. The Debtor shall also indicate to the Court:

    a. Whether the initial financial report and other documentation required by the United States Trustee have been filed and whether the Debtor is current on the filing of monthly financial reports to the United States Trustee.

    b. Whether the Debtor's schedules have been filed in substantially complete form.

    c. Whether the Debtor is current on all tax filings, and if not, which returns are outstanding and when they will be filed.

Other issues which the Debtor and (his, her, its) counsel should address are:

8. The Debtor's projections for financial operations for the first 120 days of the case.

9. The Debtor's financial history for the three years prior to the filing of the petition (annual figures).

10. The expected budget for professionals in the case.

11. The problems which require resolution through the bankruptcy process.

   The Court directs Debtor's counsel to serve a copy of this Order on the United States Trustee, the Internal Revenue Service, the Unsecured Creditors' Committee (or the

20 largest unsecured creditors if no committee has been appointed), and all secured creditors, within fourteen days of this Order. Within seven days after such service, Debtor's counsel shall file a Certificate of Service showing completion of this task.

**FAILURE TO APPEAR AT THE PRELIMINARY STATUS CONFERENCE, TO FILE THE REQUIRED REPORT, OR TO SERVE NOTICE MAY RESULT IN THE DISMISSAL OF THE CASE OR CONVERSION TO A CASE UNDER CHAPTER 7.**

# # #

3

Case 13-21032    Doc# 17    Filed 05/01/13    Page 3 of 3